# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

v.                                        Case No.: 4:17cr24-MW/MAL
                                                4:20cv266-MW/MAL

**MICHAEL CHMIELEWSKI,**

    *Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 95. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 95, is **accepted and adopted** as this Court's opinion. The motion to vacate, set aside, or correct sentence, ECF No. 86, is **DENIED**. A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED** on May 2, 2023.

                                       *s/Mark E. Walker*
                                       **Chief United States District Judge**